UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JEANA K. REINBOLD, *solely as Chapter 7 Trustee of the Estate of Sandburg Mall Realty Mgmt. LLC*

Plaintiff,

-v-

MEHRAN KOHANSIEH, *et al.*,

Defendants.

No. 17-cv-6468 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On May 25, 2018, the Court held a hearing on the proposed settlement in this case. For the reasons set forth on the record at the hearing and in the parties' submissions (Doc. Nos. 29, 30), the Court found that the settlement is fair, reasonable, and in the best interests of the estate. *See In re Iridium Operating LLC*, 478 F.3d 452, 463 (2d Cir. 2007); Fed. R. Bankr. P. 9019. Accordingly, IT IS HEREBY ORDERED THAT the settlement is approved.

IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   May 25, 2018
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE